**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HOMESITE INSURANCE
COMPANY, a corporation,

        Plaintiff,

        v.

GIOVANNIE PICO ESPIRITU, an
individual, and CELESTE
FRIEDMAN, an individual,

        Defendants.

Case No. 2:25−cv−04839−AB−PVC
Hon. André Birotte Jr.

**[~~PROPOSED~~] JUDGMENT**

      The Court has considered the Joint Stipulation of Plaintiff Homesite Insurance Company ("Plaintiff") and Defendant Giovannie Pico Espiritu ("Defendant") (collectively, "Parties") for Entry of Judgment, and hereby **ORDERS, ADJUDGES, AND DECREES**:

      1.    The Court has jurisdiction over the subject matter of this action and the Parties.

      2.    This action presents an actual case or controversy under 28 U.S.C. § 2201.

      3.    Pursuant to the stipulation of the Parties, Plaintiff has no duty under Policy No. 37548352 ("Policy") to defend Defendant in the underlying action, *Celeste Friedman*

-1-

4896-9785-6669

-2-

*v. Giovannie Pico Espiritu*, Case No. 25STCV06513, pending in the Superior Court of California, County of Los Angeles ("Underlying Action").

4.     Pursuant to the stipulation of the Parties, Plaintiff has no duty under the Policy to indemnify Defendant in the Underlying Action.

5.     Pursuant to the stipulation of the Parties, Plaintiff may withdraw its defense of Defendant in the Underlying Action, and Defendant is solely responsible for her own defense and for any fees, costs, expenses, and liability, including any judgment or settlement, in the Underlying Action.

6.     Pursuant to the stipulation of the Parties, Defendant is not responsible for any fees or costs incurred by Plaintiff in defending Defendant in the Underlying Action.

7.     This Judgment resolves all claims between the Parties in this action.

8.     Each Party shall bear its own fees and costs in this action.

**IT IS SO ORDERED.**

Dated: April 23, 2026

_____
    HON. ANDRÉ BIROTTE JR.
    UNITED STATES DISTRICT JUDGE

-2-

4896-9785-6669